

USPS TRACKING #

9590 9402 8122 2349 1398 59

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

MILLER CANFIELD PADDOCK & STONE, P.L.C.
840 WEST LONG LAKE ROAD • SUITE 200
TROY, MI 48098

Gleeson / Osirius

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ideanomics, Inc.
% CT Corporation System
Resident Agent
701 S. Carson St., Ste. 200
Carson City NV 89701

9590 9402 8122 2349 1398 59

2. Article Number (Transfer from service label)

7015 1660 0000 4982 6979

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

RECEIVED
MAY 02 2023
BY

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To
C T Corp. - Resident Agent / Ideanomics Inc
Street and Apt. No., or PO Box No.
701 S. Carson St., Ste 200
City, State, ZIP+4®
Carson City NV 89701

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7015 1660 0000 4982 6979

Postmark Here
CLAWSON MI 48017
USPS
APR 24 2023