UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Osirius Group, LLC,

            Plaintiff(s),

v.                                      Case No. 2:23–cv–10943–DPH–CI
                                            Hon. Denise Page Hood

Ideanomics, Inc.,

            Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Ideanomics, Inc.

    The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                            KINIKIA D. ESSIX, CLERK OF COURT

                                            By: s/ D. Peruski
                                                    Deputy Clerk

Dated:  May 24, 2023