IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OSIRIUS GROUP, LLC, a Delaware
limited liability company,

       Plaintiff,

v.

IDEANOMICS, INC., a Nevada
Corporation,

       Defendant.

Case No. 23-cv-10943
Hon. Denise Page Hood

---

MILLER, CANFIELD, PADDOCK
AND STONE, P.L.C.
Gerald J. Gleeson II (P53568)
Sydney G. Rohlicek (P85655)
840 W. Long Lake Rd.
Troy, MI 48098
(248) 879-2000
*Attorneys for Plaintiff*

---

## **CERTIFICATE OF SERVICE**

Gerald J. Gleeson II, being first duly sworn, deposes and says that on the 26th day of May, 2023, he caused copies of **Request for Clerk's Entry of Judgment by Default (ECF #12)** to be emailed to opposing counsel, Paula Whitten-Doolin (PWhittenDoolin@ideanomics.com) and his secretary, Christine Johnston, caused copies of **Request for Clerk's Entry of Judgment by Default (ECF #12)**; and this

1

**Certificate of Service**, to be served either electronically, or by mailing said documents by first class mail, postage prepaid, to the following parties at the below addresses:

Alf Poor, President
Ideanomics, Inc.
1441 Broadway, Suite 5116
New York, NY 10018

Ideanomics, Inc.
c/o C T Corporation Systems
Resident Agent
701 S. Carson Street, Suite 200
Carson City, NV 89701

    Respectfully submitted,

    By:  */s/ Gerald J. Gleeson, II*
    Gerald J. Gleeson II (P53568)
    Sydney G. Rohlicek (P85655)
    Miller, Canfield, Paddock, and Stone, PLC
    840 W. Long Lake Rd.
    Troy, MI 48098
    (248)879-2000
    gleeson@millercanfield.com
    rohlicek@millercanfield.com
    *Attorneys for Plaintiff*

Dated: May 26, 2023