IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OSIRIUS GROUP, LLC, a Delaware
limited liability company,
      Plaintiff,

v.

IDEANOMICS, INC., a Nevada
Corporation,
      Defendant.

Case No. 23-cv-10943
Hon. Denise Page Hood

---

MILLER, CANFIELD, PADDOCK
AND STONE, P.L.C.
Gerald J. Gleeson II (P53568)
Sydney G. Rohlicek (P85655)
840 W. Long Lake Rd., Suite 150
Troy, Michigan 48098
(248) 879-2000
*Attorneys for Plaintiff*          /

Kurt A. O'Keefe (P30718)
1254 Woodbridge Street
Saint Clair Shores, MI  48080
(313) 962-4630
koklaw@gmail.com
*Attorney for Defendant*

## RESONSE TO PLAINTIFF'S FOR IMMEDIATE CONSIDERATION OF PLAINTIFF'S MOTION FOR APPOINTMMENT OF RECEIVER

  Defendant, through its attorney, Kurt O'Keefe, files this response :
  the motion should be denied.

August 4, 2024

/s/ Kurt O'Keefe
Kurt O'Keefe P30718
Attorney for Defendant
1254 Woodbridge Street
St. Clair Shores MI 48080
313-962-4630
koklaw@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OSIRIUS GROUP, LLC, a Delaware
limited liability company,
      Plaintiff,

v.

IDEANOMICS, INC., a Nevada
Corporation,
      Defendant.

Case No. 23-cv-10943
Hon. Denise Page Hood

---

MILLER, CANFIELD, PADDOCK
AND STONE, P.L.C.
Gerald J. Gleeson II (P53568)
Sydney G. Rohlicek (P85655)
840 W. Long Lake Rd., Suite 150
Troy, Michigan 48098
(248) 879-2000
*Attorneys for Plaintiff*

Kurt A. O'Keefe (P30718)
1254 Woodbridge Street
Saint Clair Shores, MI  48080
(313) 962-4630
koklaw@gmail.com
*Attorney for Defendant*

---

## BRIEF IN SUPPORT OF RESONSE TO PLAINTIFF'S FOR IMMEDIATE CONSIDERATION OF PLAINTIFF'S MOTION FOR APPOINTMMENT OF RECEIVER

## BRIEF

   The motion should be denied as it has been nearly 9 months since the Court's October 26, 2023, Order granting Plaintiff's Motion to appoint a Receiver and there is no emergency justifying jamming counsel for Defendant into responding to a Motion filed at 3:30 pm on a Friday by shortening the time allowed to respond.
   Plaintiff's Motion is contrary to the facts of the case.
   Its own Brief in Support of the Motion to Name Receiver admits, page 4, that

"Osirius and Ideanomics executed a settlement agreement in May 2024 in which Ideanomics promised to pay Osirius "the remaining $1,500,000 owed by Defendant." While subsequently paying $993,808.46 to Osirius, . . ."

Per attached Affidavit, Ideanomics continued to pay according to the settlement agreement but Osirius did not follow through with its commitment.

The Affidavit has some inconsistencies because it was prepared in anticipation of the Motion to Name a Receiver.

Defendant needs additional time to draft an Affidavit appropriate to respond to the Motion to Name a Receiver.


August 4, 2024

/s/ Kurt O'Keefe
Kurt O'Keefe P30718
Attorney for Defendant
1254 Woodbridge Street
St. Clair Shores MI 48080
313-962-4630
koklaw@gmail.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

OSIRIUS GROUP, LLC a Delaware
Limited Liability Company

      Plaintiff,

v.

IDEANOMICS, INC.,

      Defendant.

Case No. 23-cv-10943
Honorable Denise Page Hood

| Gerald J. Gleason II (P53568) | Kurt O'Keefe (P30718) |
|---|---|
| Attorney for Plaintiff | Attorney for Defendant |
| Miller, Canfield, Paddock | 1254 Woodbridge Street |
| and Stone  PLC | St. Clair Shores MI 48080 |
| 840 West Long Lake Road | Telephone: (313) 962-4630 |
| Troy MI 48098 | koklaw@gmail.com |
| (248) 879-2000 | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |

## AFFIDAVIT OF BENJAMIN WU ESTABLISHING PAYMENTS ON THE JUDGEMENT

Benjamin F. Wu, states that he is competent to testify as a witness, and, if called, would testify as follows:

1. I am the in-house counsel for Defendant Ideanomics, Inc.

-3-

2. On May 10, 2024, Plaintiff Osirius Group, LLC and Defendant mutually agreed and entered into a confidential settlement and payment plan for the remaining $1,500,000.00 owed by Defendant.

3. As of June 13, 2024, Plaintiff has received $993,808.46 in payment in accordance with the settlement agreement. (Exhibit A)

4. On July 11, 2024, Defendant transferred to Plaintiff 250,000 common stock as continued satisfaction of the remaining settlement agreement. (Exhibit B).

5. On July 12, 2024, Plaintiff's CEO Mr. Tim Smith emailed Defendant that "Our investment accounts can't accept [Defendant]'s stock.

6. Since July 12, 2024, Defendant and Plaintiff's principals have been in frequent contact to help resolve this issue.

7. Plaintiff's counsel in New York and I have had multiple communications to keep Plaintiff up to date as to status.

8. Defendant has not violated the settlement agreement and has voluntarily engaged with Plaintiff in paying the Judgment.

Benjamin F. Wu  _By f. Wu_

The above is true to the best of my knowledge, information, and belief.

Subscribed to and sworn before me this 30th day of July, 2024

_____
Notary Public

-4-