UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OSIRIUS GROUP, LLC,

    Plaintiff,

Case No. 23-10943

v.

IDEANOMICS, INC.,

Denise Page Hood
United States District Judge

    Defendant,

Curtis Ivy, Jr.
United States Magistrate Judge

YA II PN, LTD,

    Intervenor.

_____/

## NOTICE OF ACCEPTANCE OF RECEIVER

Charles D. Bullock hereby accepts the duties of Receiver as set forth in the Order for Appointment of Receiver dated October 3, 2024, and agrees to submit to the personal jurisdiction of the Court.

Respectfully submitted,

Stevenson & Bullock, P.L.C.

/s/ Charles D. Bullock
Charles D. Bullock (P55550)
Court Appointed Receiver

Dated: October 4, 2024