UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OSIRIUS GROUP, LLC

      Plaintiff,

                                   Case No.: 23-10943

v

IDEANOMICS, INC.,                 Denise Page Hood
                                        United States District Judge

      Defendant,

YA II PN, LTD.                      Curtis Ivy, Jr.
                                          United States Magistrate Judge

      Intervenor.

## ORDER APPROVING STIPULATION

Upon stipulation (the "Stipulation") [Dkt. No. 103] of Plaintiff Osirius Group, LLC ("Plaintiff"), Defendant Ideanomics, Inc. ("Defendant"), and Charles D. Bullock, the court-appointed Receiver in this matter ("Receiver"), and the Court being fully advised in the matter:

IT IS HEREBY ORDERED that:

1.     The Stipulation is approved.

2.     Within one (1) business day after the payment from or on behalf of Defendant (i) of the amount of $530,971.29 (the "Settlement Payment") to Plaintiff in good and sufficient funds via wire

  transfer in full and final satisfaction of the Judgment, and (ii) of the amount of $8,978.75 to Receiver in good and sufficient funds in full and final satisfaction of the Receiver's fees and costs in this matter (the "Receiver Payment"), this matter, including Plaintiff's claims and the receivership and all disputes, shall be deemed resolved by such payment; and

3. Immediately after receipt of the Settlement Payment and the Receiver Payment:

 (a) Plaintiff shall file a Notice of Satisfaction of Judgment in the form mutually agreed by the parties;

 (b) Receiver shall submit a Stipulation and Order to Discharge the Receiver;

 (c) Plaintiff and Defendant shall file a Stipulation and Order dissolving all Orders, withdrawing all pending motions, and otherwise resolving all matters in this action, and dismissing the action with prejudice and without further costs, in the form mutually agreed by the parties.

Dated: October 16, 2024       <u>s/Denise Page Hood</u>
                  United States District Judge