# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

OSIRIUS GROUP, LLC

    Plaintiff,

v

                                   Case No.: 23-10943

IDEANOMICS, INC.,                       Denise Page Hood
                                                  United States District Judge

    Defendant,

YA II PN, LTD.                                    Curtis Ivy, Jr.
                                                  United States Magistrate Judge

    Intervenor.

_____/

## STIPULATION BY AND AMONG PLAINTIFF, DEFENDANT AND RECEIVER FOR ENTRY OF ORDER TERMINATING RECEIVERSHIP

    Plaintiff Osirius Group, LLC ("Plaintiff"), Defendant Ideanomics, Inc. ("Defendant"), and Charles D. Bullock, the court-appointed Receiver in this matter ("Receiver"), by and through their undersigned counsel, hereby stipulate and agree to the entry, form, and substance of the Order Terminating Receivership as attached hereto as Exhibit A.

    WHEREFORE, the parties hereby respectfully request that this Court enter the Order Terminating Receivership, which is being submitted concurrently with the Stipulation to the judge to whom this case is assigned as required by E. D. Mich. Electronic Filing Policies and Procedures R12.

Dated: October 18, 2024

| | |
|---|---|
| **MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.** | **KURT A. O'KEEFE** |
| /s/ Gerald J. Gleeson II | /s/ Kurt A. O'Keefe |
| Gerald J. Gleeson II (P53568) | Kurt A. O'Keefe (P30718) |
| Sydney G. Rohlicek (P85655) | 1254 Woodbridge |
| 840 W. Long Lake Rd., Suite 150 | Street Saint Clair Shores, MI 4808 |
| Troy, Michigan 48098 | (313) 962-4630 |
| (248) 879-2000 | koklaw@gmail.com |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |

**STEVENSON & BULLOCK, P.L.C.**

/s/ Elliot G. Crowder
Charles D. Bullock (P55550)
Elliot G. Crowder (P76137)
26100 American Drive, Suite 500
Southfield, MI  48034
Telephone: (248) 354-7906
cbullock@sbplclaw.com
*Receiver and Receiver's Counsel*

# EXHIBIT A

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

OSIRIUS GROUP, LLC

    Plaintiff,

v

Case No.: 23-10943

IDEANOMICS, INC.,

    Defendant,

Denise Page Hood
United States District Judge

YA II PN, LTD.

    Intervenor.

Curtis Ivy, Jr.
United States Magistrate Judge

## ORDER TERMINATING RECEIVERSHIP

At a session of said Court held in the United States Courthouse, City of Detroit, County of Wayne, and State of Michigan, on _____, 2024

PRESENT: HON. Denise Page Hood
United States District Judge

Upon stipulation (the "Stipulation") [Dkt. No. INSERT] of Plaintiff Osirius Group, LLC ("Plaintiff"), Defendant Ideanomics, Inc. ("Defendant"), and Charles Bullock, the court-appointed Receiver in this matter ("Receiver"), and the Court being fully advised in the matter:

IT IS HEREBY ORDERED that:

1. The Stipulation is approved.

2.      The receivership pursuant to the *Order for Appointment of Receiver* entered by the Court on or about October 3, 2024 (the "Receivership Order")[1] is terminated, Charles D. Bullock (the "Receiver") is discharged, any bond terminated, and the Receivership Estate is closed.

3.      All actions taken or not taken by the Receiver and his Professionals, including, without limitation, his agents, financial advisors, and attorneys, throughout the pendency of this case are approved, and such actions taken and not taken have been properly executed and have met the requirements of this Court's orders regarding such issues, including but not limited to this Receivership Order and the laws of the State of Michigan, state law in general, as ascertained by and reviewed by this Court through the date of this Order.

4.      The payment of all fees and expenses to the Receiver and his Professionals previously paid to the Receiver and his Professionals are granted final approval and authorized by the Court.

---

[1] Capitalized terms as used herein have the same meaning ascribed to them in the Receivership Order, unless otherwise stated.

5. No further reports shall be required of Receiver to any person or entity, including but not limited to reports to this Court. Moreover, inasmuch as the Receiver did not collect any funds, no accounting is required by the Receiver.

Dated:_____          _____
                                 U.S. DISTRICT COURT JUDGE