IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OSIRIUS GROUP, LLC, a Delaware limited liability company,

        Plaintiff,

v.

IDEANOMICS, INC., a Nevada Corporation,

        Defendant.

Case No. 23-cv-10943
Hon. Denise Page Hood

---

| | |
|---|---|
| MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br>Gerald J. Gleeson II (P53568)<br>Sydney G. Rohlicek (P85655)<br>840 W. Long Lake Rd., Suite 150<br>Troy, Michigan 48098<br>(248) 879-2000<br>*Attorneys for Plaintiff* | Kurt A. O'Keefe (P30718)<br>1254 Woodbridge Street<br>Saint Clair Shores, MI 48080<br>(313) 962-4630<br>koklaw@gmail.com<br>*Attorney for Defendant* |

---

ORDER DISMISSING CASE WITH PREJUDICE

Upon stipulation of the parties, and the Court being otherwise fully advised:

IT IS HEREBY ORDERED that all orders in the above case are hereby dissolved, that all pending motions are withdrawn and that all matters in this case are resolved and that the case is hereby dismissed with prejudice.

                                          s/Denise Page Hood
Dated: November 1, 2024          United States District Judge